[Nos. 20671-4-II; 20887-3-II.    Division Two.    July 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EARL BINGHAM, *Appellant*.

*In the Matter of the Personal Restraint of* JAMES E. BINGHAM, *Petitioner*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 95-1-01103-7, William J. Kamps, J., entered April 12, 1996, together with a petition for relief from personal restraint. *Affirmed* by unpublished opinion

per Houghton, C.J., concurred in by Morgan and Hunt, JJ.